IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES W. MORRIS, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § Civil Action No. 3:11-CV-1148-M <br> BBVA COMPASS BANK f/k/a COMPASS § <br> BANK, WELLS FARGO & COMPANY, § <br> WELLS FARGO BANK, N.A., and WELLS § <br> FARGO HOME MORTGAGE, INC., and S. § <br> LEE STEVENSON, JR., § <br> § <br> Defendants. § <br> § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal [Docket Entry #29] filed by Plaintiff James W. Morris and Defendants Wells Fargo Bank, N.A., Wells Fargo & Company, and Wells Fargo Home Mortgage, Inc. (Wells Fargo Defendants). The Joint Stipulation requests the Court to enter an order dismissing claims against only the Wells Fargo Defendants. Thus, the Court will treat the Joint Stipulation as a Joint Motion. The Motion is **GRANTED**. Accordingly, Plaintiff's claims against the Wells Fargo Defendants are **DISMISSED WITH PREJUDICE.** Each party will bear its own costs and attorneys' fees.

**SO ORDERED.**

October 7, 2011.

*[signature]*
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS