IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES W. MORRIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3-11CV1148-M |
| | § | |
| BBVA COMPASS BANK, | § | |
| | § | |
| Defendant. | § | |

## ORDER

This case has been referred to the United States Magistrate Judge pursuant to a standing order of reference. The parties are directed to provide the United States Magistrate Judge with courtesy copies of pleadings when they are filed.

Before the Court for consideration is Defendants' BBVA Compass Bank's Motion to Dismiss Pursuant to F.R.C. P. 12(b)(1) and 12(b)(6) or Alternatively, Motion to Abate and for a More Definite Statement ("Motion," doc. 13), filed June 22, 2011. All the defendants except BBVA Compass Bank have been dismissed pursuant to a stipulation. On October 5, 2011, Plaintiff filed a First Amended Complaint against BBVA Compass Bank. The Court has considered the motion in light of the amended complaint. The amended complaint renders moot Defendants' Motion. Accordingly, the Motion (doc. 13) is denied as moot.

SO ORDERED, October 14, 2011.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE